ANNIE L. HAMER and Another, etc., Plaintiffs, *v.* ISAAC T. FLATTO and Others, Defendants.

Supreme Court, Special Term, Queens County, June 6, 1938.

*Robert H. Elder*, for the plaintiffs.

*I. T. Flatto* [*Sydney Rosenthal* of counsel], for the appearing defendants.

HALLINAN, J. Where the court, as in this equity action, has disposed of the issues presented, by a written and signed opinion, and the parties were directed to submit a judgment on notice in accordance, no formal written decision containing findings of fact and conclusions of law is required by section 440 of the Civil Practice Act. Therefore, the findings submitted by the defendants are not passed upon. Judgment signed.